L. E. Ellison, for appellant; Dixon, Bales & Gunner, for appellee; William R. Gunner, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed January 28, 1954; released for publication February 15, 1954.

## Anthony Sparacino, Plaintiff-Appellant, v. Joe Ferona, Defendant-Appellee.

### Gen. No. 10,721. (Abstract of Decision.)

John R. Snively, for appellant; Thomas & Davis, for appellee; Charles H. Davis, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed January 28, 1954; released for publication February 15, 1954.

## John Steele, Plaintiff-Appellee, v. Mary Steele et al., Defendants-Appellants.

### Gen. No. 10,726. (Abstract of Decision.)